Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case No. 18-34244-pcm11 |
|---|---|
| CHRISTIAN S. RADABAUGH, SR. | ORDER RE: DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO SELL ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS |
| Debtor-in-Possession. | |

This matter came before the Court on December 11, 2018, on Debtor's Emergency Motion for Authority to Sell Assets Outside the Ordinary Course of Business [ECF No. 16] (the "Motion"). Nicholas J. Henderson appeared on behalf of the Debtor, Sarah Flynn appeared on behalf of the United States Trustee, and Howard Levine appeared on behalf of GP, LLC. The Court, having reviewed the Motion and the supporting declaration, and, having heard arguments of counsel, hereby ORDERS as follows:

1. Debtor's Motion is granted in part and denied in part;

2. Debtor's Motion is GRANTED with respect to the sale of cattle that occurred immediately prior to the filing of the Petition, for which cattle was to be delivered by the Debtor on

Page 1 of 2   ORDER RE: EMERGENCY MOTION FOR AUTHORITY TO SELL ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS

{00229858:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-34244-pcm11    Doc 24    Filed 12/12/18

December 11th and 12th, 2018. Debtor is authorized to consummate those sales by delivering the cattle purchased, and is also authorized to pay Shasta Livestock Auction Yard its commissions and expenses incurred in conducting such sales;

       3. Debtor's request to sell cattle at the December 14th auction is DENIED, without prejudice, for the reasons stated on the record.

       4. All proceeds from the sale shall be held in trust by Debtor's counsel pending further order of the Court. Shasta Livestock Auction Yard is directed to deliver all proceeds from the authorized sales to Debtor's Counsel, with checks made payable to "Motschenbacher & Blattner LLP Client Trust Account."

###

I certify that I have complied with the requirements of LBR 9021-1 (a)(2)(A).

Presented by:

Motschenbacher & Blattner LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB No. 074027
Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Email: nhenderson@portlaw.com
Phone: (503) 417-0508

**PARTIES TO SERVE**

<u>ECF Electronic Service:</u>

- SARAH FLYNN    sarah.flynn@usdoj.gov
- HOWARD M LEVINE    hlevine@sussmanshank.com, jhume@sussmanshank.com, ecf.howard.levine@sussmanshank.com, howard-levine-5487@ecf.pacerpro.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

Page 2 of 2    ORDER RE: EMERGENCY MOTION FOR AUTHORITY TO SELL ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS

{00229858:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-34244-pcm11    Doc 24    Filed 12/12/18