Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In Re:<br><br>Christian S. Radabaugh, Sr.,<br><br>    Debtor. | Bankruptcy Case<br>No. 18-34244-pcm11<br><br>ORDER SCHEDULING CASE MANAGEMENT CONFERENCE |
|---|---|

Pursuant to 11 U.S.C. §105(a), Fed. R. of Civ. P. 16, Bankr. R. 7016 and 9014, the court directs the debtor-in-possession's attorneys to appear for a case management conference on January 9, 2019 at 2:00 p.m., in Courtroom No. 1, U. S. Bankruptcy Court, 1001 SW Fifth Avenue, Eighth Floor, Portland, Oregon. The debtor-in-possession may appear by telephone at (888) 684-8852, access code 1238244. Other interested persons may attend, but are not required to do so. Absent court approval, any other attending party must appear in the courtroom and may not appear by phone. The purpose of the conference is to expedite the Chapter 11 case by establishing early and continuing control, to

discourage wasteful litigation activities, and to facilitate settlement of disputed matters.

Typically, matters to be discussed at the conference include the following:

(1) Motions for extension of time to assume or reject leases.

(2) Motions for relief from stay.

(3) Adequate protection.

(4) Operation of the debtor's business.

(5) Preview of the Chapter 11 plan (liquidation or workout; funding; timing of filing disclosure statement and plan, including request to shorten or extend the exclusive period for filing a disclosure statement and plan; estimated administrative expenses, etc.).

(6) Designation as Chapter 11A fast track case.

(7) Feasibility.

(8) Applications for employment of professionals and anticipated budgets for professionals employed by debtor, committees, oversecured creditors, and others who may expect to be paid from the estate.

(9) Whether debtor has filed all prepetition tax returns, and if not, when the returns will be filed.

(10) The contents of a further scheduling and case management order to follow as a result of the conference.

Secured creditors, lien creditors and others contemplating filing motions for relief from stay are advised that many of the issues typically addressed in such motions are likely to be dealt with at the scheduling and case management conference. Secured creditors may prefer to refrain from filing such motions until after the conference.

In order to provide sufficient information to meaningfully discuss management of the case,

IT IS HEREBY ORDERED that:

1. To the extent not previously filed pursuant to 11 U.S.C. § 1116(1), by January 2, 2019, the debtor shall file and serve on the U.S. Trustee, the Creditors' Committee, if any, and any parties requesting special notice:

>   (a) A cash flow analysis, prepared on a weekly basis, for the upcoming 120-day period.
>
>   (b) Historical financial information for the past three (3) years. If there is seasonal variation in the debtor's income and expenses, the historical financial information shall include monthly recaps of income and expenses.
>
>   (c) A statement of income and expenses since the date of filing of the petition with an indication as to the amount of paid and unpaid expenses.
>
>   (d) A budget with amounts the debtor expects to incur for professional services during the Chapter 11 case. The budget shall be on a monthly basis.

2. Any party who believes that the estate is liable for attorneys' fees, other professional fees or costs shall file a monthly budget indicating the projected fees which the estate will be asked to pay.

3. Notice is further given that if the debtor-in-possession fails to appear as required and/or fails to file and serve the information required by the Order, this case may be dismissed or converted to Chapter 7 without further notice or hearing, unless, at least three (3)

days prior to the date of the case management conference, a party in interest files a written objection thereto, setting forth the specific grounds for such objection with BOTH: (1) Clerk of the Court, United States Bankruptcy Court, 1001 SW Fifth Ave. #700, Portland, OR 97204, AND (2) Nicholas J. Henderson, Motschenbacher & Blattner, LLP, 117 SW Taylor Street, Ste. 300, Portland, OR 97204.

###

cc: Nicholas J. Henderson
    Christian S. Radabaugh, Sr.
    U.S. Trustee
    All Creditors