Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | ) Case No. 18-34244-pcm11 |
| Christian S. Radabaugh, Sr., | ) STIPULATED ORDER EXTENDING TIME FOR GP LLC TO FILE COMPLAINTS UNDER 11 U.S.C. § 523 AGAINST CHRISTIAN S. RADABAUGH, SR. |
| Debtor-in-Possession. | ) |

The debtor, Christian S. Radabaugh, Sr. ("Debtor") and Creditor GP LLC ("GP"), by and through their respective attorneys, hereby stipulate to the entry of an order extending the deadline for GP only to file complaints against the Debtor under 11 U.S.C. § 523.

//

//

//

//

//

**Page 1 of 2** - STIPULATED ORDER EXTENDING TIME FOR GP LLC TO FILE COMPLAINTS UNDER 11 U.S.C. § 523 AGAINST CHRISTIAN S. RADABAUGH, SR.

Based upon the Stipulation of the parties as set forth below, and good cause appearing, it is hereby,

ORDERED:

The deadline for GP to file complaints against the Debtor under 11 U.S.C. § 523 is extended until and including May 11, 2019.

# # #

<u>CERTIFICATION OF COMPLIANCE WITH LBR 9021-1(a)(2)(A)</u>.

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

IT IS SO STIPULATED:

SUSSMAN SHANK LLP

*/s/ Howard M. Levine*
_____
Howard M. Levine, OSB No. 800730
Attorneys for GP LLC

MOTSCHENBACHER & BLATTNER, LLP

*/s/ Nicholas J. Henderson*
_____
Nicholas J. Henderson, OSB No. 074027
Attorneys for Debtor

PRESENTED BY:

SUSSMAN SHANK LLP

*/s/ Howard M. Levine*
_____
Howard M. Levine, OSB No. 800730
Attorneys for GP LLC

c: ECF Participants

*24987-001\STIPULATED ORDER EXTENDING TIME TO FILE COMPLAINTS (03112411);1

**Page 2 of 2** - STIPULATED ORDER EXTENDING TIME FOR GP LLC TO FILE COMPLAINTS UNDER 11 U.S.C. § 523 AGAINST CHRISTIAN S. RADABAUGH, SR.

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 18-34244-pcm11    Doc 119    Filed 03/05/19