Howard M. Levine, OSB No. 800730
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
E-Mail: hlevine@sussmanshank.com

Attorneys for GP LLC

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Christian S. Radabaugh, Sr.,<br><br>    Debtor-in-Possession. | Case No. 18-34244-pcm11<br><br>NOTICE OF PROJECTED SECURED CREDITOR'S LEGAL FEES FOR GP LLC |

Pursuant to the Order Scheduling Case Management Conference, GP LLC, the Debtor's major secured creditor, estimates legal fees and costs for which it will seek reimbursement from the estate will be approximately $15,000 per month, depending on what actions need to be taken. Legal fees and costs incurred through March 15, 2019 total approximately $48,500.

SUSSMAN SHANK LLP

By   */s/ Howard M. Levine*
    Howard M. Levine, OSB No. 800730
    Attorneys for GP LLC

*24987-001\NOTICE OF PROJECTED SECURED CREDITOR LEGAL FEES FOR GP LLC (03124929);1

**Page 1 of 1** - NOTICE OF PROJECTED SECURED CREDITOR'S LEGAL FEES FOR GP LLC

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I, Janine E. Hume declare as follows: |
| 3 | I am employed in the County of Multnomah, state of Oregon; I am over the age of |
| 4 | eighteen years and am not a party to this action; my business address is 1000 S.W. |
| 5 | Broadway, Suite 1400, Portland, Oregon 97205-3089, in said county and state. |
| 6 | I certify that on March 19, 2019, I served, **via first class mail**, a full and correct |
| 7 | copy of the foregoing **NOTICE OF PROJECTED SECURED CREDITOR'S LEGAL** |
| 8 | **FEES FOR GP LLC** to the parties of record, addressed as follows: |
| 9 | ODR Bkcy<br>955 Center St NE |
| 10 | Salem, OR 97301-2555 |
| 11 | I also certify that on March 19, 2019, I served the above-referenced document(s) |
| 12 | on all ECF participants as indicated on the Court's Cm/ECF system. |
| 13 | I swear under penalty of perjury that the foregoing is true and correct to the best |
| 14 | of my knowledge, information, and belief. |
| 15 | Dated: March 19, 2019. |
| 16 | |
| 17 | */s/ Janine E. Hume* |
| 18 | _____<br>Janine E. Hume, Legal Assistant |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

CERTIFICATE OF SERVICE - Page 1

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 18-34244-pcm11    Doc 121    Filed 03/19/19