| | | |
|---|---|---|
| 03/27/2019 | WEDNESDAY | Judge Peter C McKittrick |
| 9:30 AM 18-34244 pcm 11  bk | Christian S. Radabaugh, Sr. | |

Motion to Expedite Hearing Filed by Creditor GP LLC Re:123 Expedited Motion to Appoint Trustee or in the Alternative, an Examiner Filed by Creditor GP LLC (LEVINE, HOWARD) filed by Creditor GP LLC (LEVINE, HOWARD) (124)

| | |
|---|---|
| Christian S. Radabaugh - db | TROY SEXTON |
| GP LLC - cr | HOWARD LEVINE |
| | JONAS ANDERSON - UST |

Evidentiary Hearing:   Yes: ☐   No: ☒ XX

Motion to Expedite Denied. Mr. Levine to submit Order.

Evidentiary hearing set for April 16, 2019 @ 1:00 in Ctrm. 1, with backup date of May 17, 2019 @ 1:00.

Briefs, if any due one week in advance, any exhibits exchanged and three copies filed with the court. No witness list necessary.

The court also Granted Debtor's oral motion to extend time to file Plan and Disclosure to April 5, 2019. Deadline to file amended schedules is April 5, 2019.

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers  ☒ Mr. Sexton - extending deadlines

DOCKET ENTRY: