Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re:

CHRISTIAN S. RADABAUGH, SR.,

               Debtor.

Case No. 18-34244-pcm11

ORDER REGARDING CREDITOR GP, LLC'S MOTION TO EXPEDITE, AND DEBTOR'S MOTION TO EXTEND DEADLINES TO FILE A PLAN AND DISCLOSURE STATEMENT, TO EXTEND THE EXCLUSIVITY PERIODS PURSUANT TO 11 USC § 1121(d) AND TO FILE AMENDED SCHEDULES

On March 27, 2019, the Court heard argument on Creditor GP, LLC's Motion to

Expedite Hearing regarding [Dkt. No. 123] Expedited Motion to Appoint Trustee or in the

Alternative, an Examiner Filed [Dkt. No. 124] (the "Motion to Expedite"). Additionally, at the

hearing, counsel for the Debtor made an oral motion to extend the deadline to file a plan and

Page 1 of 2
{00252653:1}

ORDER REGARDING CREDITOR GP, LLC'S MOTION TO EXPEDITE, AND DEBTOR'S MOTION TO EXTEND DEADLINES TO FILE A PLAN AND DISCLOSURE STATEMENT, TO EXTEND THE EXCLUSIVITY PERIODS PURSUANT TO 11 USC § 1121(d) AND TO FILE AMENDED SCHEDULES

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

disclosure statement, to extend the exclusivity periods, and to fix the time for filing amended schedules.

The Court having duly considered the matter and the argument of counsel, and finding good cause; NOW, THEREFORE,

IT IS HEREBY ORDERED as follows:

1)     GP, LLC's Motion to Expedite is DENIED;

2)     The Debtor's oral motion is GRANTED. The Debtor shall file his plan, disclosure statement, and amended schedules no later than April 5, 2019. The exclusivity periods specified in 11 USC § 1121(b) and (c) are extended to April 5, 2019 and June 4, 2019, respectfully.


# # #

I certify that I have complied with LBR 9021-1(a)(2)(B). All responding parties have affirmatively approved the form of order.

Order Presented by:

MOTSCHENBACHER & BLATTNER, LLP

/s/ Troy G. Sexton
Troy G. Sexton, OSB #115184
117 SW Taylor Street, Suite 300
Portland, OR 97204
Telephone: 503-417-0500
Facsimile: 503-417-0508
E-mail: tsexton@portlaw.com
Attorneys for Debtor

ORDER REGARDING CREDITOR GP, LLC'S MOTION TO EXPEDITE, AND DEBTOR'S MOTION TO EXTEND DEADLINES TO FILE A PLAN AND DISCLOSURE STATEMENT, TO EXTEND THE EXCLUSIVITY PERIODS PURSUANT TO 11 USC § 1121(d) AND TO FILE AMENDED SCHEDULES

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-34244-pcm11    Doc 128    Filed 04/03/19