Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re: | Case No. 18-34244-pcm11 |
|---|---|
| CHRISTIAN S. RADABAUGH SR., | ORDER RE: MOTION TO EXTEND DEADLINES TO FILE A PLAN AND DISCLOSURE STATEMENT AND TO EXTEND THE EXCLUSIVITY PERIODS PURSUANT TO 11 U.S.C. § 1121(d) |
| Debtor. | |

THIS MATTER came before the Court on Debtor's Motion to Extend Deadlines to File a Plan and Disclosure Statement and to Extend the Exclusivity Periods Pursuant to 11 U.S.C. § 1121(d) [Docket No. 133]. The Court having reviewed the motion, and being otherwise duly advised; now, therefore,

/ / / /

/ / / /

Page 1 of 2
{00255019:2}

ORDER EXTENDING DEADLINE TO FILE PLAN, AND EXTENDING EXCLUSIVITY PERIODS

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-34244-pcm11    Doc 138    Filed 04/10/19

IT IS HEREBY ORDERED as follows:

1) The exclusivity period contained in 11 U.S.C. § 1121(b) is extended to and through April 8, 2019; and

2) The exclusivity period contained in 11 U.S.C. § 1121(c) is extended to and through June 7, 2019;

3) The Debtor shall file a Plan and Disclosure Statement on or before April 8, 2019.

# # #

Order Presented by:

MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB No. 074027
Telephone: 503-417-0500
E-mail: nhenderson@portlaw.com
Of Attorneys for Debtor

Page 2 of 2    ORDER EXTENDING DEADLINE TO FILE PLAN, AND
{00255019:2}        EXTENDING EXCLUSIVITY PERIODS

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-34244-pcm11    Doc 138    Filed 04/10/19

# CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I served the foregoing ORDER EXTENDING DEADLINE TO FILE A PLAN AND DISCLOSURE STATEMENT AND TO EXTEND THE EXCLUSIVITY PERIODS PURSUANT TO 11 U.S.C. § 1121(d) on the following parties by electronic means through the Court's Case Management/Electronic Case File system:

- SARAH FLYNN    sarah.flynn@usdoj.gov
- MARTIN E HANSEN    meh@francishansen.com, kathy@francishansen.com;mike@francishansen.com;carol@francishansen.com;jerry@francishansen.com;regina@francishansen.com
- NICHOLAS J HENDERSON    nhenderson@portlaw.com, tsexton@portlaw.com;mperry@portlaw.com;hendersonnr86571@notify.bestcase.com
- HOWARD M LEVINE    hlevine@sussmanshank.com, jhume@sussmanshank.com,ecf.howard.levine@sussmanshank.com,howard-levine-5487@ecf.pacerpro.com
- KATHYRN PERKINS    kathryn.e.perkins@usdoj.gov
- TROY SEXTON    tsexton@portlaw.com, nhenderson@portlaw.com,mperry@portlaw.com,troy-sexton-4772@ecf.pacerpro.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

In addition, on the date set forth below, I served the foregoing document on the following parties by mailing copies thereof in sealed, first-class postage prepaid envelopes, addressed to the parties' last-known address and depositing in the U.S. mail at Portland, Oregon:

    NONE

DATED this 9th day of April, 2019.    Motschenbacher & Blattner LLP

    <u>Nicholas J. Henderson</u>
    Nicholas J. Henderson, OSB No. 074027
    Of Attorneys for Debtor

Page 1 of 1    CERTIFICATE OF SERVICE    Motschenbacher & Blattner LLP
{00255019:2}    117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-34244-pcm11    Doc 138    Filed 04/10/19