**1:00 PM 18-34244 pcm 11  bk**     **Christian S. Radabaugh, Sr.**

**Expedited Motion to Appoint Trustee  i or in the Alternative, an
Examiner /i  Filed by Creditor GP LLC (LEVINE, HOWARD) (123)**

Christian S. Radabaugh - db          NICK HENDERSON

GP LLC - cr                          HOWARD LEVINE

                                     JONAS ANDERSON - UST

Evidentiary Hearing:          Yes: ☐          No: ☒

 Debtor and GP reached stipulation that the court declined to sign.

 Hearing set over to May 20, 2019 @ 1:00 in Ctrm. 1.

 Debtor to submit motion to sell cattle. Objections due April 24, 2019.

 Hearing on objections, if any, set for April 25, 2019 @ 10:00 via telephone.

 Oral Motion to Extend Time to File Plan and Disclosure Statement for 30 days Granted. Debtor to withdraw

 current Plan and Disclosure Statement.

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers  ☒ Mr. Henderson

DOCKET ENTRY: