Nicholas J. Henderson, OSB #074027
nhenderson@portlaw.com
MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

Proposed Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case No. 18-34244-pcm11 |
|---|---|
| CHRISTIAN S. RADABAUGH, SR. | DEBTOR'S NOTICE OF INTENT AND MOTION TO SELL ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS, AND NOTICE OF HEARING |
| Debtor-in-Possession. | |

PLEASE TAKE NOTICE that the Debtor, Christian S. Radabaugh Sr., intends to, and moves the Court for an order authorizing him to sell his cattle outside the ordinary course of his business, and free and clear of liens pursuant to 11 U.S.C. § 363, as specifically set forth below.

PLEASE TAKE FURTHER NOTICE that, **if you wish to object to the proposed sale of the Debtor's cattle, you must file an objection no later than April 24, 2019, and must attend the hearing scheduled for April 25, 2019, at 10:00 a.m**. Objections, if any, must be filed with the United States Bankruptcy Court for the District of Oregon, 1050 SW 6th Ave #700, Portland, OR 97204. A copy of any objection filed must also be served upon Counsel for the Debtor, Nicholas J. Henderson, Motschenbacher & Blattner LLP, 117 SW Taylor Street, Suite 300, Portland, OR 97204.

PLEASE TAKE FURTHER NOTICE that a hearing will be held on April 25, 2019, at 10:00 a.m., at the U.S. Bankruptcy Court, Courtroom #1, 1050 SW 6th Ave #700, Portland, OR 97204.

Page 1 of 9    NOTICE OF INTENT AND MOTION FOR AUTHORITY TO SELL ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS; AND NOTICE OF HEARING

{00266047:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-34244-pcm11    Doc 147    Filed 04/17/19

## PROPOSED SALE

1. Debtor intends to begin selling all of his cattle that is subject to a lien in favor of GP, LLC (the "GP Cattle"). GP holds a security interest in the GP Cattle, in the amount of $1,700,000. Debtor intends to sell his the GP Cattle at private, arms-length, market price sales beginning on April 26, 2019, subject to the Additional Terms of Sale set forth below.

2. If the Debtor is unable to sell all of his GP Cattle by May 30, 2019, Debtor intends to sell his remaining GP Cattle at auction on May 30, 2019, through Shasta Livestock Auction Yard / Western Video Market.

## ADDITIONAL TERMS OF SALE

3. Prior to any sale, Debtor shall notify GP by email at least two days in advance of any sale of (a) the quantity of GP Cattle to be sold; (b) the name, address, telephone number, and email address of the purchaser; (c) the purchase price; (d) and the time and location of the closing of the proposed sale. The Debtor shall, simultaneously when he provides the above notifications to GP, provide GP with all paperwork associated with the proposed sale.

4. All private sales of GP Cattle must be approved by GP, LLC.

5. Prior to any sale, the GP Cattle must be brand inspected by an Oregon state certified brand inspector, and the brand inspector shall deliver to GP, LLC a brand certificate showing the cattle to be sold belongs exclusively to the Debtor.

6. GP must be present at the closing of the sale. Payment for the GP Cattle must be made payable solely to GP, LLC, and shall be delivered to GP, LLC upon the closing of each sale, not later than immediately prior to the delivery of the GP Cattle to any buyer.

7. Debtor shall not seek to use proceeds from the sale of GP Cattle.

Page 2 of 9

{00266047:1}

NOTICE OF INTENT AND MOTION FOR AUTHORITY TO SELL ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS; AND NOTICE OF HEARING

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-34244-pcm11    Doc 147    Filed 04/17/19

8. All proceeds of the auction sale described in paragraph 2 above (the "Shasta Sale"), after paying Shasta Livestock Company for conducting the sale, shall be impressed with GP, LLC's lien and wire transferred to the trust account of GP, LLC's counsel, Howard M. Levine, for the sole benefit of GP, LLC. Howard M. Levine shall promptly, following receipt of the Shasta Sale proceeds, pay said funds over to GP.

9. In the event that Shasta Livestock Auction yard determines, in its sole discretion, that the Debtor's cattle cannot be sold at the Shasta Sale, Debtor shall engage Shasta Livestock Company to sell his cattle at the next available video auction, and all terms and conditions stated in this Notice shall apply.

10. In the event Debtor is able to pay GP, LLC in full, from the sale of GP Cattle or otherwise, Debtor may rescind his intention to sell the GP Cattle.

## BACKGROUND

11. Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on December 7, 2018, in the United States Bankruptcy Court for the District of Oregon (the "Bankruptcy Court").

12. Debtor remains in possession of his assets and continues to manage his affairs as debtor-in-possession pursuant to § § 1107(a) and 1108 of the Bankruptcy Code.

13. Debtor is an individual residing in Redmond, Oregon. Debtor is in the business of, among other things, raising livestock for sale.

14. Debtor's livestock is encumbered by a security interest granted to GP, LLC, which was perfected on April 13, 2017, by the filing of a Farm Products Financing Statement Standard Form, EFS-1 No. 91156751 and a UCC-1 Financing Statement filed on April 13, 2017, No. 91156100.

Page 3 of 9   NOTICE OF INTENT AND MOTION FOR AUTHORITY TO SELL ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS; AND NOTICE OF HEARING

{00266047:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-34244-pcm11    Doc 147    Filed 04/17/19

15. As of the date of this Notice, the Debtor owes GP, LLC approximately one million seven hundred thousand dollars ($1,700,000).

16. To accomplish an agreement with GP, LLC, and to reduce interest and cattle-ralted expenses, the Debtor intends to sell all of his GP Cattle and pay the proceeds to GP, LLC.

## RELIEF REQUESTED

17. The relief requested herein by Debtor is based on the Court's authority pursuant to 11 USC § 105(a) and 11 USC § 363.

18. Debtor requests entry of an order in the form attached hereto as **Exhibit 1**, authorizing the sale of GP Cattle outside the ordinary course of business.

## ARGUMENT

19. Section 363(b) of the Bankruptcy Code provides, in relevant part, that a debtor, "after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1).

20. The debtor must articulate a business justification for the sale. *In re Walter*, 83 B.R. 14, 19–20 (9th Cir. BAP 1988). Whether the articulated business justification is sufficient "depends on the case," in view of "all salient factors pertaining to the proceeding." *Id*. at 19–20.

21. Debtor believes proposed sale will enable him to significantly reduce interest accrual and potential litigation expenses related to GP, LLC.  Debtor will also be able to forego purchasing feed for the GP Cattle, as well as pasture lease deposits and payments that will be required for the approaching summer season.  Debtor believes he will be able to obtain fair market prices for the GP Cattle.

/ / / / /

/ / / / /

Page 4 of 9    NOTICE OF INTENT AND MOTION FOR AUTHORITY TO SELL ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS; AND NOTICE OF HEARING

{00266047:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-34244-pcm11    Doc 147    Filed 04/17/19

22.     WHEREFORE, Debtor requests the Court enter the order attached hereto as **Exhibit 1**, authorizing the Debtor to sell the GP Cattle on the terms and conditions set forth above.

DATED: April 17, 2019

MOTSCHENBACHER & BLATTNER LLP

By: /s/Nicholas J. Henderson
　　Nicholas J. Henderson, OSB #074027
　　Attorneys for Debtor-in-Possession
　　Christian S. Radabaugh Sr.

Page 5 of 9   NOTICE OF INTENT AND MOTION FOR AUTHORITY TO SELL ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS; AND NOTICE OF HEARING

{00266047:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-34244-pcm11    Doc 147    Filed 04/17/19

# EXHIBIT 1
PROPOSED ORDER

Page 6    ORDER RE: DEBTOR'S NOTICE OF INTENT AND MOTION TO SELL ASSETS OUTSIDE THE ORDINARY COURT OF BUSINESS

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-34244-pcm11    Doc 147    Filed 04/17/19

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case No. 18-34244-pcm11 |
|---|---|
| CHRISTIAN S. RADABAUGH, SR.<br><br>Debtor-in-Possession. | ORDER RE: DEBTOR'S NOTICE OF INTENT AND MOTION TO SELL ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS |

This matter came before the Court on April 25, 2019, on Debtor's Notice of Intent and Motion for Authority to Sell Assets Outside the Ordinary Course of Business, and Notice of Hearing [ECF No. ____] (the "Motion"). The Court, having reviewed the Motion and having heard arguments of counsel, hereby ORDERS as follows:

1. Debtor's MOTION is GRANTED;

2. Debtor is authorized to sell the GP Cattle (as defined in the Motion) on the terms and conditions set forth in the Motion.

### 

Page 7     ORDER RE: DEBTOR'S NOTICE OF INTENT AND MOTION TO SELL ASSETS OUTSIDE THE ORDINARY COURT OF BUSINESS

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-34244-pcm11    Doc 147    Filed 04/17/19

I certify that I have complied with the requirements of LBR 9021-1 (a)(2)(A).

Presented by:

Motschenbacher & Blattner LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB No. 074027
Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Email: nhenderson@portlaw.com
Phone: (503) 417-0508

**PARTIES TO SERVE**

ECF Electronic Service:

- SARAH FLYNN    sarah.flynn@usdoj.gov
- MARTIN E HANSEN    meh@francishansen.com, kathy@francishansen.com;mike@francishansen.com;carol@francishansen.com;jerry@francishansen.com;regina@francishansen.com
- NICHOLAS J HENDERSON    nhenderson@portlaw.com, tsexton@portlaw.com;mperry@portlaw.com;hendersonnr86571@notify.bestcase.com
- HOWARD M LEVINE    hlevine@sussmanshank.com, jhume@sussmanshank.com,ecf.howard.levine@sussmanshank.com,howard-levine-5487@ecf.pacerpro.com
- KATHRYN PERKINS    kathryn.e.perkins@usdoj.gov
- TROY SEXTON    tsexton@portlaw.com, nhenderson@portlaw.com,mperry@portlaw.com,troy-sexton-4772@ecf.pacerpro.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

Service via First-Class Mail:

ODR Bkcy
955 Center St NE
Salem, OR 97301-2555

Page 8    ORDER RE: DEBTOR'S NOTICE OF INTENT AND MOTION TO SELL ASSETS OUTSIDE THE ORDINARY COURT OF BUSINESS

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-34244-pcm11    Doc 147    Filed 04/17/19

# CERTIFICATE OF SERVICE

  I hereby certify that on April 17, 2019, I served the foregoing DEBTOR'S NOTICE OF INTENT AND MOTION TO SELL ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS, AND NOTICE OF HEARING electronically through ECF/PACER on:

- SARAH FLYNN  sarah.flynn@usdoj.gov
- MARTIN E HANSEN  meh@francishansen.com, kathy@francishansen.com;mike@francishansen.com;carol@francishansen.com;jerry@francishansen.com;regina@francishansen.com
- HOWARD M LEVINE  hlevine@sussmanshank.com, jhume@sussmanshank.com,ecf.howard.levine@sussmanshank.com,howard-levine-5487@ecf.pacerpro.com
- KATHYRN PERKINS  kathryn.e.perkins@usdoj.gov
- US Trustee, Portland  USTPRegion18.PL.ECF@usdoj.gov

  I further certify that on the date below I served the foregoing document on the following individuals via first-class mail, postage prepaid:

  See the attached service list.

            MOTSCHENBACHER & BLATTNER, LLP

            /s/ Nicholas J. Henderson
            Nicholas J. Henderson, OSB #074027
            Of Attorneys for Debtor

Page 1  CERTIFICATE OF SERVICE

{00266047:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-34244-pcm11  Doc 147  Filed 04/17/19

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-3<br>Case 18-34244-pcm11<br>District of Oregon<br>Portland<br>Wed Apr 17 16:33:27 PDT 2019 | 3 Springs Ranch<br>6661 S 3 SPRINGS RANCH RD<br>Powell Butte, OR 97753-2000 | Agco Finance, LLC<br>PO Box 2000<br>Johnston, IA 50131-0020 |
| Agco Finance, LLC<br>c/o Corporation Service Co., Reg. Agent<br>1127 Broadway Street NE, Ste. 310<br>Salem, OR 97301-1139 | Alves Family Trust<br>2312 Condor Dr.<br>Redmond, OR 97756-1263 | Bank Of America<br>4909 Savarese Circle<br>F11-908-01-50<br>Tampa, FL 33634-2413 |
| Capital Bank<br>Attn: Bankruptcy<br>1 Church St. # 300<br>Rockville, MD 20850-4190 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Central Oregon Ranch Supply<br>PO Box 103<br>Redmond, OR 97756-0010 |
| Chase Card Services<br>Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Childs Law Firm, LLC<br>Kenneth P. Childs<br>Childs Law Firm, LLC<br>1800 Blankenship Rd, Ste. 200<br>West Linn, OR 97068-4174 | Coleen Severence<br>15334 NE O'Neill HWY<br>Redmond, OR 97756 |
| Crook County Property Taxes<br>200 NE 2nd St Ste 100<br>Prineville, OR 97754-1911 | Edward Fitch<br>Fitch Law Group<br>210 SW 5th St., Ste. #2<br>Redmond, OR 97756-2136 | Edward P. Fitch<br>210 SW 5th Street, Suite 2<br>Redmond, OR 97756-2136 |
| SARAH FLYNN<br>DOJ-Ust<br>C/O Johnson, Linda D<br>700 Stewart Street<br>Seattle, WA 98101-4439 | Federal Ag. Mortgage Corp. Programs<br>500 Fifth Street<br>Ames, IA 50010-6063 | Francis Hansen & Martin<br>Attn: Martin Hansen<br>1148 NW Hill St<br>Bend, OR 97703-1914 |
| GP LLC<br>8611 NE Ochoco Hwy<br>Prineville, OR 97754-7975 | GP LLC<br>c/o Howard M. Levine<br>Sussman Shank LLP<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205-3089 | MARTIN E HANSEN<br>1148 NW Hill St<br>Bend, OR 97703-1914 |
| NICHOLAS J HENDERSON<br>Motschenbacher & Blattner, LLP<br>117 SW Taylor Street<br>Ste 300<br>Portland, OR 97204-3029 | Harvey C. Thun<br>3790 SW Gene Sarazan Dr.<br>Redmond, OR 97756-7403 | Hooker Creek Companies, LLC<br>95 SW Scalehouse Lp., Ste. 100<br>Bend, OR 97702-1224 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IRS<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jacolyn Alves<br>2312 Condor Dr.<br>Redmond, OR 97756-1263 |
| HOWARD M LEVINE<br>1000 SW Broadway #1400<br>Portland, OR 97205-3066 | Les Schwab<br>PO Box 3530<br>Bend, OR 97707-0530 | Mid Oregon Fcu<br>Po Box 6479<br>Bend, OR 97708-6479 |

| | | |
|---|---|---|
| Mid State Fertilizer Co<br>120 SE Glacier Ave.<br>Redmond, OR 97756 | ODR Bkcy<br>955 Center St NE<br>Salem, OR 97301-2555 | ODR Bkcy<br>955 Center NE, #353<br>Salem, OR 97301-2555 |
| KATHRYN PERKINS<br>DOJ-Ust<br>700 Stewart Street<br>Suite 5103<br>Seattle, WA 98101-4438 | Christian S. Radabaugh Sr.<br>15334 NE O'Neil Hwy<br>Redmond, OR 97756 | TROY SEXTON<br>Motschenbacher & Blattner, LLP<br>117 SW Taylor St<br>Ste 300<br>Portland, OR 97204-3029 |
| Synchrony Bank/Lowes<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Terrence B O'Sullivan<br>Merrill O Sullivan, LLP<br>805 SW Industrial Way, Suite 5<br>Bend, OR 97702-1093 | US Trustee, Portland<br>620 SW Main St #213<br>Portland, OR 97205-3026 |
| (p)WELLS FARGO BANK NA<br>1 HOME CAMPUS<br>MAC X2303-01A<br>DES MOINES IA 50328-0001 | Western Heavy Haul<br>PO Box 672<br>Prineville, OR 97754-0668 | Zions Agriculatural Finance<br>500 5th Street<br>Ames, IA 50010-6063 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| IRS<br>Attn: Attorney General of United States<br>10th Constitution NW #4400<br>Washington, DC 20530 | Wells Fargo Bank<br>Attn: Bankruptcy Dept<br>Po Box 6429<br>Greenville, SC 29606 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)GP LLC | (d)ODR Bkcy<br>955 Center St NE<br>Salem OR 97301-2555 | (d)Western Heavy Haul, Inc.<br>PO Box 672<br>Prineville, OR 97754-0668 |

End of Label Matrix
Mailable recipients    41
Bypassed recipients     3
Total                  44