Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>CHRISTIAN S. RADABAUGH, SR.<br><br>Debtor-in-Possession. | Bankruptcy Case No. 18-34244-pcm11<br><br>ORDER RE: DEBTOR'S NOTICE OF INTENT AND MOTION TO SELL ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS |

This matter came before the Court on April 25, 2019, on Debtor's Notice of Intent and Motion for Authority to Sell Assets Outside the Ordinary Course of Business, and Notice of Hearing [ECF No. 147] (the "Motion"). The Court, having reviewed the Motion and having heard arguments of counsel, hereby ORDERS as follows:

1. Debtor's MOTION is GRANTED;

2. Debtor is authorized to sell the GP Cattle (as defined in the Motion) on the terms and conditions set forth in the Motion, provided that the proceeds from the sales shall be applied only to

Page 1
{00268179:2}

ORDER RE: DEBTOR'S NOTICE OF INTENT AND MOTION TO SELL ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-34244-pcm11    Doc 156    Filed 04/30/19

GP's interest and principal. GP's attorney fees and costs will not be paid from the sales proceeds without further order of the court.

### 

I certify that I have complied with the requirements of LBR 9021-1 (a)(2)(A).

Presented by:

Motschenbacher & Blattner LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB No. 074027
Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Email: nhenderson@portlaw.com
Phone: (503) 417-0508

**PARTIES TO SERVE**

ECF Electronic Service:

- JONAS V ANDERSON    jonas.v.anderson@usdoj.gov
- KENNETH P CHILDS    kip@childslawfirm.org, kip@childslawfirm.org
- SARAH FLYNN    sarah.flynn@usdoj.gov
- MARTIN E HANSEN    meh@francishansen.com, kathy@francishansen.com;mike@francishansen.com;carol@francishansen.com;jerry@francishansen.com;regina@francishansen.com
- HOWARD M LEVINE    hlevine@sussmanshank.com, jhume@sussmanshank.com,ecf.howard.levine@sussmanshank.com,howard-levine-5487@ecf.pacerpro.com
- KATHRYN PERKINS    kathryn.e.perkins@usdoj.gov
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

Service via First-Class Mail:

ODR Bkcy
955 Center St NE
Salem, OR 97301-25

Page 1
{00268179:2}

ORDER RE: DEBTOR'S NOTICE OF INTENT AND MOTION TO SELL ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-34244-pcm11    Doc 156    Filed 04/30/19