| 05/17/2019 | FRIDAY | Judge Peter C McKittrick |
|---|---|---|

**3:45 PM 18-34244 pcm 11 bk**  Christian S. Radabaugh, Sr.

**Status Hearing re 5/20/19 Auction**

Christian S. Radabaugh - db  NICHOLAS J HENDERSON
GP LLC - cr  HOWARD M LEVINE
US Trustee, Portland - ust  JONAS V ANDERSON

Trent Stewart present for Central Oregon Livestock Auction

Evidentiary Hearing:   Yes: ☐   No: ☐

1: Court will authorize expense reimbursement for trucking cattle to auction to get as many to the yard by the deadline as agreed between Mr. Levine and Mr. Stewart.

2: Auctioneer entitled to get 85% of the total sales commission and 100% of feed costs; 15% to be sent to GP LLC, and will be sent to the auctioneer upon filing of the Report and entry of an order approving disbursement.

3: Mr. Henderson to lodge an order approving the modifications made on the record to the earlier order.

Order to be prepared by:  ☐ Clerk's Office  ☐ Chambers  ☐

DOCKET ENTRY: