DISTRICT OF OREGON
**F I L E D**
**May 21, 2019**
**Clerk, U.S. Bankruptcy Court**

Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>CHRISTIAN S. RADABAUGH, SR.<br><br>Debtor-in-Possession. | Case No. 18-34244-pcm11<br><br>AMENDED ORDER GRANTING DEBTOR'S AMENDED NOTICE OF INTENT AND MOTION TO SELL ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS, FREE AND CLEAR OF LIENS |

This matter came before the Court on May 17, 2019, on (1) Debtor's Amended Notice of Intent and Motion for Authority to Sell Assets Outside the Ordinary Course of Business, and Notice of Hearing [ECF No. 172] (the "Amended Motion"); and (2) Debtor's Application to Employ Auctioneer (Central Oregon Livestock Auction) [ECF No. 168] (the "Application to Employ").

Page 1 of 3
{00273031:3}

AMENDED ORDER RE: DEBTOR'S AMENDED NOTICE OF INTENT AND MOTION TO SELL ASSETS OUTSIDE THE ORDINARY COURT OF BUSINESS

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-34244-pcm11    Doc 197    Filed 05/21/19

The Court, having reviewed the Motion and having heard arguments of counsel, hereby ORDERS as follows:

1. Debtor's AMENDED MOTION is GRANTED;

2. Debtor is authorized to sell the GP Cattle (as defined in the Amended Motion) on the terms and conditions set forth in the Amended Motion;

3. Pursuant to the provisions of 11 U.S.C. § 363, Debtor is hereby authorized and directed to sell the GP Cattle free and clear of any liens and interests in such property;

4. The liens of GP, LLC and Shasta Livestock Auction Yard, Inc. shall attach to the proceeds of the sale to the same extent, priority and validity as they attached to the GP Cattle prior to the sale.

5. Any lien in favor of the Debtor's auctioneer, Central Oregon Livestock Auction ("COLA"), against the GP Cattle shall also attach to the proceeds of the sale to the same extent, priority and validity as such lien had attached to the GP Cattle prior to the sale.

6. From the sale proceeds, COLA shall be entitled to retain 85% of its commission, and 100% of the costs of feed for Debtor's cattle, and freight costs for transporting Debtor's cattle to the auction. All remaining sale proceeds shall be wired to Sussman Shank LLP, counsel for GP, LLC, to be held in trust until further order of the Court.

7. The terms of Paragraph 6 of this Order, regarding COLA's retention of commission, feed costs, and freight costs, shall supersede and replace any inconsistent provision contained in:

    a. The Order Granting Application to Employ Auctioneer (Central Oregon Livestock Auction) [ECF No. 182]; and

Page 2 of 3
{00273031:3}

AMENDED ORDER RE: DEBTOR'S AMENDED NOTICE OF INTENT AND MOTION TO SELL ASSETS OUTSIDE THE ORDINARY COURT OF BUSINESS

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-34244-pcm11    Doc 197    Filed 05/21/19

    b. Order Granting Amended Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing [ECF No. 184].

###

I certify that I have complied with the requirements of LBR 9021-1 (a)(2)(A).

Presented by:

/s/ Nicholas J. Henderson
Motschenbacher & Blattner LLP
Nicholas J. Henderson, OSB No. 074027
Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Email: nhenderson@portlaw.com
Phone: (503) 417-0508

**PARTIES TO SERVE**

Electronic Notice:
All ECF Participants

Service via First-Class Mail:
ODR Bkcy
955 Center St NE
Salem, OR 97301-2555

Page 3 of 3
{00273031:3}

AMENDED ORDER RE: DEBTOR'S AMENDED NOTICE OF INTENT AND MOTION TO SELL ASSETS OUTSIDE THE ORDINARY COURT OF BUSINESS

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-34244-pcm11    Doc 197    Filed 05/21/19