Nicholas J. Henderson, OSB #074027
nhenderson@portlaw.com
MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 18-34244-pcm11 |
|---|---|
| CHRISTIAN S. RADABAUGH, SR. | NOTICE OF AUCTIONEER'S REPORT |
| Debtor-in-Possession. | |

Pursuant to this Court's Amended Order Granting Debtor's Amended Notice of Intent and Motion to Sell Assets Outside the Ordinary Course of Business, Free and Clear of Liens (the "Sale Order") entered on May 21, 2019 [Dkt. No. 197], Debtor-in-Possession, Christian S. Radabaugh, Sr. ("Debtor") has attached as **Exhibit A** hereto a copy of the Auctioneers' Report (the "Report"). The auction authorized by the Sale Order was conducted on May 20, 2019 and the net proceeds of the sale were tendered by wire transfer to Sussman Shank, LLP, counsel for creditor GP, LLC, pursuant to the Amended Order Granting Debtor's Amended Notice of Intent

Page 1 of 2   NOTICE OF AUCTIONEER'S REPORT

{00273506:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-34244-pcm11    Doc 205    Filed 05/23/19

and Motion to Sell Assets Outside the Ordinary Course of Business, Free and Clear of Liens entered on May 21, 2019 [ECF No. 197].

NOTICE IS HEREBY GIVEN that the proceeds of the May 20, 2019 auction were as follows:

| Description | Amount |
| --- | --- |
| Gross Sales Proceeds | $658,462.94 |
| Less: Vet Inspection | ($116.70) |
| Less: Feed Costs | ($1,762.00) |
| Less: Insurance | ($548.92) |
| Less: Brand Inspection | ($1,945.00) |
| Less: Yardage | ($778.00) |
| Less: Vet Charge | ($592.00) |
| Less: Commission | ($20,681.62) |
| Less: Freight | ($1,250.00) |
| Net Sales Proceeds: | $630,788.70 |

On May 23, 2019, a copy of this notice was served pursuant to FRBP 7004 on the debtor; the U.S. Trustee; and the Lien Creditors named in the Sale Order,

DATED: May 23, 2019        MOTSCHENBACHER & BLATTNER, LLP

By:/s/Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Of Attorneys for Debtor

Page 2 of 2   NOTICE OF AUCTIONEER'S REPORT

{00273506:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-34244-pcm11    Doc 205    Filed 05/23/19

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re
**Christian S. Radabaugh Sr.**
                                            ) Case No. **18-34244-pcm11**
                                            )
                                            ) REPORT OF AUCTIONEER
                                            )
Debtor(s)                                   )

I, **Trent Stewart, Central OR Livestock Auction**, the undersigned auctioneer, having sold property of the estate on __05/20/20__, do report, as required by the Bankruptcy Rules, that attached hereto are (1) lists of all property sold, the amount received for each item or lot, and the name(s) and address(es) of the buyer(s) of each item or lot; and (2) an explanation and sample of my advertising efforts.

My authorized commission is calculated as follows:

| GENERAL PROPERTY DESCRIPTION | GROSS SALE PRICE OF ALL PROPERTY | COMMISSION % APPLICABLE | COMMISSION(S) |
|---|---|---|---|
| 1. Cattle (See Attached Exhibit A) | $ 686,137.18 | Variable | $ 20,681.62 |
| 2. | $ | | $ |
| 3. | $ | | $ |
| 4. | $ | | $ |
| 5. | $ | | $ |
| 6. | $ | | $ |
| 7. | $ | | $ |
| TOTALS: | $ | | $ 20,681.62 |

Attached hereto are appropriate receipts or explanations of my expense requests. My authorized expenses are calculated as follows:

| DESCRIPTION | $ AMOUNT |
|---|---|
| Vet Inspection | 116.70 |
| Feed | 1,762.00 |
| Insurance | $548.92 |
| Brand Inspection | $1,945.00 |
| Yardage | $778.00 |
| Vet Charge | $592.00 |
| Freight | $1,250.00 |
| TOTAL: | $ 6,992.62 |

I CERTIFY THAT all my commissions which total $ __20,681.62__, and all my expenses which total $ __6,992.62__, are within the terms set forth in the application and order for my appointment.

I FURTHER CERTIFY THAT in the above case I had no persons bidding on my behalf, directly or indirectly, for the purchase of items auctioned and had no arrangement with the trustee apart from the terms of my employment and no arrangement with the trustee or his attorney other than selling the items auctioned for the highest available bid prices except for any items upon which the trustee may have placed a reserve minimum price with respect to any item or items offered for sale.

DATE: __05/22/20__                                     _____
                                                        Auctioneer
753.52 (1/11/93)

# Central Oregon Livestock Auction, Inc.

PO Box 29 • Madras, Oregon 97741
Phone (541) 475-3851
Fax (541) 475-3852

Sale Date: 05/21/19

Page: 1
Check #: 46817

**UNDER FEDERAL SUPERVISION**
**WE DO NOT GUARANTEE LIVESTOCK AGAINST SICKNESS**
(Title to livestock is not transferred until all checks and drafts are cleared)

46817

RADABAUGH, CHRISTIAN
PO BOX 1229
PRINEVILLE    OR    97754

15334 NE ONEIL HWY

ID Number: 3664    Group: 1

| TAG | HDCNT | DESCRIPTION | BUYER | TRAN | A.LBS | TOT LBS | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 094 | 1 | BBROC-COW | 99-COW1 | 34 | 1150 | 1150 | 62.00/C | 713.00 |
| RT922 | | | | | | | | |
| 043 | 1 | BLK-COW | 99-COW3 | 87 | 1090 | 1090 | 75.00/C | 817.50 |
| 041 | 1 | BLK-COW-THIN | 99-COW3 | 88 | 1070 | 1070 | 64.00/C | 684.80 |
| 036 | 1 | BBROC-COW | 99-COW1 | 89 | 1420 | 1420 | 65.00/C | 923.00 |
| 046 | 1 | BLK-COW-THIN | 99-COW1 | 90 | 1370 | 1370 | 58.00/C | 794.60 |
| 076 | 1 | RD BROC-COW | 105-90 | 93 | 1090 | 1090 | 65.00/C | 708.50 |
| 034 | 1 | BBROC-COW | 45-13 | 94 | 1325 | 1325 | 30.00/C | 397.50 |
| ROUGH | | | | | | | | |
| 068 | 1 | BLK-COW | 45-101 | 95 | 1105 | 1105 | 73.00/C | 806.65 |
| 040 | 1 | BLK-COW | 45-101 | 97 | 1055 | 1055 | 76.00/C | 801.80 |
| 078 | 1 | BLK-COW | 105-90 | 98 | 1300 | 1300 | 68.50/C | 890.50 |
| 033 | 1 | BBROC-COW | 99-COW3 | 99 | 1035 | 1035 | 78.00/C | 807.30 |
| 051 | 1 | BLK-COW | 45-101 | 100 | 870 | 870 | 60.00/C | 522.00 |
| 049 | 1 | RD BROC-COW | 99-COW3 | 101 | 965 | 965 | 76.00/C | 733.40 |
| 035 | 1 | BLK-COW | 105-90 | 102 | 1155 | 1155 | 66.50/C | 768.08 |
| 079 | 1 | BBROC-COW | 105-99 | 104 | 1200 | 1200 | 67.00/C | 804.00 |
| 077 | 1 | BLK-COW | 105-90 | 105 | 1125 | 1125 | 68.50/C | 770.63 |
| 071 | 1 | BLK-COW | 105-90 | 106 | 1250 | 1250 | 66.50/C | 831.25 |
| 082 | 1 | BLK-COW | 105-90 | 107 | 1025 | 1025 | 69.00/C | 707.25 |
| 055 | 1 | BLK-COW | 99-COW3 | 110 | 935 | 935 | 77.00/C | 719.95 |
| 056 | 1 | BBROC-COW | 105-99 | 111 | 1360 | 1360 | 67.50/C | 918.00 |

---

*Central Oregon Livestock Auction, Inc.*
(541) 475-3851
PO Box 29
Madras, Oregon 97741

ColumbiaBank
COLUMBIA STATE BANK
34-827/1251

46817

05/21 20 19

PAY TO THE ORDER OF    ************0Dollars and 00/100    ************0.00    DOLLARS $

* VOID * VOID * VOID * VOID *
* VOID * VOID * VOID * VOID *
* VOID * VOID * VOID * VOID *
* VOID * VOID * VOID * VOID *

**NON-NEGOTIABLE**

CENTRAL OREGON LIVESTOCK AUCTION, INC.
CUSTODIAL ACCOUNT

Exhibit A
Case 18-34244-pcm11    Doc 205    Filed 05/23/19

# Central Oregon Livestock Auction, Inc.

Sale Date: 05/21/19

PO Box 29 • Madras, Oregon 97741
Phone (541) 475-3851
Fax (541) 475-3852

Page: 2
Check #: 46818

**UNDER FEDERAL SUPERVISION
WE DO NOT GUARANTEE LIVESTOCK AGAINST SICKNESS**
(Title to livestock is not transferred until all checks and drafts are cleared)

46818

RADABAUGH, CHRISTIAN
PO BOX 1229
PRINEVILLE    OR    97754

15334 NE ONEIL HWY

ID Number: 3664    Group:1

| TAG | HDCNT | DESCRIPTION | BUYER | TRAN | A.LBS | TOT LBS | PRICE | AMOUNT |
|-----|-------|-------------|--------|------|-------|---------|---------|--------|
| 054 | 1 | BLK-COW | 45-101 | 113 | 1105 | 1105 | 75.50/C | 834.28 |
| 038 | 1 | BLK-COW | 105-90 | 114 | 1200 | 1200 | 67.50/C | 810.00 |
| 044 | 1 | BLK-COW | 105-90 | 115 | 1185 | 1185 | 68.50/C | 811.73 |
| 053 | 1 | BLK-COW | 105-90 | 116 | 1065 | 1065 | 65.50/C | 697.58 |
| 070 | 1 | BLK-COW | 105-90 | 117 | 1025 | 1025 | 68.50/C | 702.13 |
| 067 | 1 | BLK-COW | 99-COW1 | 119 | 1255 | 1255 | 61.00/C | 765.55 |
| 065 | 1 | BLK-COW | 105-90 | 121 | 1000 | 1000 | 65.00/C | 650.00 |
| 059 | 1 | BLK-COW | 99-COW3 | 122 | 895 | 895 | 83.00/C | 742.85 |
| 032 | 1 | BLK-COW | 99-COW1 | 123 | 1390 | 1390 | 66.00/C | 917.40 |
| 061 | 1 | BLK-COW | 99-COW3 | 124 | 1045 | 1045 | 67.00/C | 700.15 |
| 074 | 1 | BLK-COW | 105-99 | 126 | 1275 | 1275 | 69.50/C | 886.13 |
| 064 | 1 | BLK-COW | 45-97 | 127 | 1130 | 1130 | 67.50/C | 762.75 |
| 086 | 1 | BLK-COW | 105-90 | 129 | 1255 | 1255 | 70.50/C | 884.78 |
| 060 | 1 | BLK-COW | 99-COW3 | 130 | 1090 | 1090 | 72.00/C | 784.80 |
| 087 | 1 | BLK-COW | 105-90 | 131 | 1080 | 1080 | 67.00/C | 723.60 |
| 085 | 1 | BLK-COW | 45-97 | 132 | 1075 | 1075 | 69.00/C | 741.75 |
| 052 | 1 | BBROC-COW | 105-90 | 133 | 965 | 965 | 63.00/C | 607.95 |
| 058 | 1 | BLK-COW | 105-90 | 134 | 1095 | 1095 | 64.50/C | 706.28 |
| 057 | 1 | BLK-COW | 45-101 | 135 | 1010 | 1010 | 79.00/C | 797.90 |
| 084 | 1 | BLK-COW | 45-97 | 136 | 1115 | 1115 | 69.00/C | 769.35 |
| 072 | 1 | BLK-COW | 105-90 | 137 | 1175 | 1175 | 73.50/C | 863.63 |
| 063 | 1 | BLK-COW | 45-97 | 138 | 1080 | 1080 | 66.00/C | 712.80 |

---

*Central Oregon Livestock Auction, Inc.*
(541) 475-3851
PO Box 29
Madras, Oregon 97741

ColumbiaBank
COLUMBIA STATE BANK
34-827/1251

46818

05/21  20 19

PAY TO THE ORDER OF    ***********0Dollars and 00/100    DOLLARS $ ***********0.00

* VOID * VOID * VOID * VOID *
* VOID * VOID * VOID * VOID *
* VOID * VOID * VOID * VOID *
* VOID * VOID * VOID * VOID *

**NON-NEGOTIABLE**

CENTRAL OREGON LIVESTOCK AUCTION, INC.
**CUSTODIAL ACCOUNT**

Exhibit A
Case 18-34244-pcm11    Doc 205    Filed 05/23/19

# CENTRAL OREGON LIVESTOCK AUCTION, INC.

Sale Date: 05/21/19

PO Box 29 • Madras, Oregon 97741
Phone (541) 475-3851
Fax (541) 475-3852

Page: 3
Check #: 46819

**UNDER FEDERAL SUPERVISION**
**WE DO NOT GUARANTEE LIVESTOCK AGAINST SICKNESS**
(Title to livestock is not transferred until all checks and drafts are cleared)

46819

RADABAUGH, CHRISTIAN
PO BOX 1229
PRINEVILLE    OR    97754

15334 NE ONEIL HWY

ID Number: 3664    Group:1

| TAG | HDCNT | DESCRIPTION | BUYER | TRAN | A.LBS | TOT LBS | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 080 | 1 | BLK-COW | 105-90 | 139 | 1185 | 1185 | 69.00/C | 817.65 |
| 045 | 1 | BLK-COW | 45-97 | 140 | 985 | 985 | 64.00/C | 630.40 |
| 081 | 1 | BLK-COW | 45-97 | 141 | 1120 | 1120 | 65.00/C | 728.00 |
| 037 | 1 | BLK-COW | 105-90 | 142 | 1095 | 1095 | 71.50/C | 782.93 |
| 062 | 1 | BLK-COW | 45-97 | 143 | 1015 | 1015 | 68.00/C | 690.20 |
| 073 | 1 | BLK-COW | 99-COW3 | 145 | 940 | 940 | 83.00/C | 780.20 |
| 066 | 1 | BLK-COW | 105-90 | 146 | 1130 | 1130 | 70.00/C | 791.00 |
| 069 | 1 | BLK-COW | 45-97 | 147 | 1055 | 1055 | 69.00/C | 727.95 |
| 042 | 1 | RD BROC-COW-HORNS | 105-90 | 148 | 1040 | 1040 | 65.00/C | 676.00 |
| 050 | 1 | BLK-COW | 99-COW1 | 109 | 1330 | 1330 | 63.00/C | 837.90 |
| 047 | 1 | BLK-COW | 99-COW1 | 118 | 1150 | 1150 | 63.00/C | 724.50 |
| 039 | 1 | BLK-COW-LUMP JAW | 105-90 | 177 | 1030 | 1030 | 57.50/C | 592.25 |
| 492 | 1 | BLK-COW | 105-90 | 189 | 1180 | 1180 | 68.00/C | 802.40 |
| A107 | 35/35 | MIX-PAIR | 225--- | 232 | 1453 | 50845 | 1,825.00/H | 63,875.00 |
| Tags: P107 P107A | | | | | | | | |
| A106 | 22/22 | BLK MIX-PAIR | 970--- | 228 | 1369 | 30120 | 2,025.00/H | 44,550.00 |
| Tags: P106 P106A | | | | | | | | |
| A105 | 33/33 | MIX-PAIR | 225--- | 224 | 1198 | 39530 | 2,050.00/H | 67,650.00 |
| Tags: P105 P105A | | | | | | | | |

---

Central Oregon Livestock Auction, Inc.
(541) 475-3851
PO Box 29
Madras, Oregon 97741


ColumbiaBank
COLUMBIA STATE BANK
34-827/1251

46819

05/21 20 19

PAY TO THE ORDER OF ___***********0Dollars and 00/100___

DOLLARS $ ***********0.00

* VOID * VOID * VOID * VOID *
* VOID * VOID * VOID * VOID *
* VOID * VOID * VOID * VOID *
* VOID * VOID * VOID * VOID *

**NON-NEGOTIABLE**

CENTRAL OREGON LIVESTOCK AUCTION, INC.
**CUSTODIAL ACCOUNT**

Exhibit A
Case 18-34244-pcm11    Doc 205    Filed 05/23/19

# Central Oregon Livestock Auction, Inc.

Sale Date: 05/21/19

PO Box 29 • Madras, Oregon 97741  
Phone (541) 475-3851  
Fax (541) 475-3852

Page: 4  
Check #: 46820

**UNDER FEDERAL SUPERVISION**  
**WE DO NOT GUARANTEE LIVESTOCK AGAINST SICKNESS**  
(Title to livestock is not transferred until all checks and drafts are cleared)

**46820**

RADABAUGH, CHRISTIAN  
PO BOX 1229  
PRINEVILLE   OR   97754

15334 NE ONEIL HWY

ID Number: 3664    Group:1

| TAG | HDCNT | DESCRIPTION | BUYER | TRAN | A.LBS | TOT LBS | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| A104 | 35/35 | BLK MIX-PAIR | 979--- | 220 | 1409 | 49300 | 2,000.00/H | 70,000.00 |
| Tags: P104 104A | | | | | | | | |
| A103 | 35/35 | MIX-PAIR | 985--- | 216 | 1308 | 45770 | 2,000.00/H | 70,000.00 |
| Tags: P103 103A | | | | | | | | |
| A102 | 35/35 | BLK MIX-PAIR | 985--- | 212 | 1366 | 47795 | 1,975.00/H | 69,125.00 |
| Tags: P102 102A | | | | | | | | |
| A108 | 35/35 | MIX-PAIR | 967--- | 237 | 1444 | 50540 | 1,600.00/H | 56,000.00 |
| Tags: P108 P108A | | | | | | | | |
| P109 | 35/35 | MIX-PAIR | 987--- | 241 | 1470 | 51465 | 1,500.00/H | 52,500.00 |
| P109A | | | | | | | | |
| P101 | 6/6 | BLK MIX-PAIR | 970--- | 242 | 1339 | 8035 | 1,950.00/H | 11,700.00 |
| Tags: 101A | | | | | | | | |
| 181 | 14/14 | MIX-PAIR | 225--- | 245 | 1362 | 19065 | 1,400.00/H | 19,600.00 |
| Tags: 182 183 184 185 186 187 RED MIX COWS | | | | | | | | |
| 235 | 4/4 | BLK MIX-PAIR | 225--- | 246 | 1616 | 6465 | 1,650.00/H | 6,600.00 |
| Tags: 236 237 238 239 240 241 | | | | | | | | |
| 209 | 7/7 | BLK MIX-PAIR | 64-PARS | 247 | 1291 | 9040 | 1,500.00/H | 10,500.00 |

---

**Central Oregon Livestock Auction, Inc.**  
(541) 475-3851  
PO Box 29  
Madras, Oregon 97741

**ColumbiaBank**  
COLUMBIA STATE BANK  
34-827/1251

**46820**

05/21 20_19_

PAY TO THE ORDER OF _***********0Dollars and 00/100_    DOLLARS $ ***********0.00

\* VOID \* VOID \* VOID \* VOID \*  
\* VOID \* VOID \* VOID \* VOID \*  
\* VOID \* VOID \* VOID \* VOID \*  
\* VOID \* VOID \* VOID \* VOID \*

**NON-NEGOTIABLE**

CENTRAL OREGON LIVESTOCK AUCTION, INC.  
**CUSTODIAL ACCOUNT**

Exhibit A  
Case 18-34244-pcm11    Doc 205    Filed 05/23/19

# Central Oregon Livestock Auction, Inc.

Sale Date: 05/21/19

PO Box 29 • Madras, Oregon 97741
Phone (541) 475-3851
Fax (541) 475-3852

Page: 5
Check #: 46821

**UNDER FEDERAL SUPERVISION**
**WE DO NOT GUARANTEE LIVESTOCK AGAINST SICKNESS**
(Title to livestock is not transferred until all checks and drafts are cleared)

46821

RADABAUGH, CHRISTIAN
PO BOX 1229
PRINEVILLE    OR    97754

15334 NE ONEIL HWY

ID Number: 3664    Group:1

| TAG | HDCNT | DESCRIPTION | BUYER | TRAN | A.LBS | TOT LBS | PRICE | AMOUNT |
|-----|-------|-------------|-------|------|-------|---------|-------|--------|
| Tags: 210 211 212 213 214 215 | | | | | | | | |
| 223 | 6/6 | BLK MIX-PAIR | 653--- | 248 | 1473 | 8835 | 1,475.00/H | 8,850.00 |
| Tags: 224 225 226 227 228 229 | | | | | | | | |
| 195 | 7/7 | MIX-PAIR | 653--- | 249 | 1509 | 10560 | 1,475.00/H | 10,325.00 |
| Tags: 196 197 198 199 200 201 | | | | | | | | |
| 149 | 9/9 | BLK MIX-PAIR | 653--- | 250 | 1257 | 11310 | 1,475.00/H | 13,275.00 |
| Tags: 150 151 152 153 154 155 | | | | | | | | |
| 243 | 4/4 | BLK MIX-PAIR | 225--- | 251 | 1089 | 4355 | 1,500.00/H | 6,000.00 |
| Tags: 244 245 246 247 248 249 | | | | | | | | |
| 255 | 2/2 | BLK-PAIR | 653--- | 252 | 1560 | 3120 | 1,450.00/H | 2,900.00 |
| Tags: 256 257 258 | | | | | | | | |
| 251 | 2/2 | BBROC-PAIR | 987--- | 253 | 1540 | 3080 | 1,300.00/H | 2,600.00 |
| Tags: 252 253 254 | | | | | | | | |
| 096 | 2/2 | BLK-PAIR | 974--- | 254 | 1353 | 2705 | 1,500.00/H | 3,000.00 |
| Tags: 097 098 099 | | | | | | | | |
| 259 | 3/3 | MIX-PAIR | 653--- | 255 | 1308 | 3925 | 1,350.00/H | 4,050.00 |
| Tags: 260 261 262 263 264 | | | | | | | | |
| 273 | 1/1 | BLK-PAIR | 978--- | 256 | 1420 | 1420 | 1,150.00/H | 1,150.00 |
| Tags: 274 | | | | | | | | |
| 088 | 1 | BLK-COW-LAME | 45-13 | 258 | 1055 | 1055 | 40.00/C | 422.00 |
| 089 | 1 | BLK-HFR | 614--- | 259 | 245 | 245 | 400.00/H | 400.00 |
| 267 | 1 | BLK-COW | 105-90 | 260 | 1185 | 1185 | 57.00/C | 675.45 |

---

*Central Oregon Livestock Auction, Inc.*
(541) 475-3851
PO Box 29
Madras, Oregon 97741


ColumbiaBank
COLUMBIA STATE BANK

34-827/1251

46821

05/21 20 19

PAY TO THE ORDER OF ___**********0Dollars and 00/100___

DOLLARS $ **********0.00

* VOID * VOID * VOID * VOID *
* VOID * VOID * VOID * VOID *
* VOID * VOID * VOID * VOID *
* VOID * VOID * VOID * VOID *

**NON-NEGOTIABLE**

CENTRAL OREGON LIVESTOCK AUCTION, INC.
**CUSTODIAL ACCOUNT**

Exhibit A
Case 18-34244-pcm11    Doc 205    Filed 05/23/19

# Central Oregon Livestock Auction, Inc.

Sale Date: 05/21/19

PO Box 29 • Madras, Oregon 97741
Phone (541) 475-3851
Fax (541) 475-3852

Page: 6
Check #: 46822

**UNDER FEDERAL SUPERVISION**
**WE DO NOT GUARANTEE LIVESTOCK AGAINST SICKNESS**
(Title to livestock is not transferred until all checks and drafts are cleared)

46822

RADABAUGH, CHRISTIAN
PO BOX 1229
PRINEVILLE    OR    97754

15334 NE ONEIL HWY

ID Number: 3664    Group:1

| TAG | HDCNT | DESCRIPTION | BUYER | TRAN | A.LBS | TOT LBS | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 090 | 1/1 | BLK-PAIR | 978--- | 263 | 1360 | 1360 | 1,375.00/H | 1,375.00 |
| Tags: 091 | | | | | | | | |
| 092 | 1/1 | BLK-PAIR | 64--- | 264 | 1205 | 1205 | 1,250.00/H | 1,250.00 |
| Tags: 093 | | | | | | | | |
| | | COW THIN | | | | | | |
| 265 | 1/1 | BLK-PAIR | 974--- | 265 | 1345 | 1345 | 1,325.00/H | 1,325.00 |
| Tags: 266 | | | | | | | | |
| 269 | 1 | BBROC-COW-LAME | 45-93 | 266 | 1170 | 1170 | 57.50/C | 672.75 |
| 270 | 1 | BLK-HFR | 614--- | 267 | 240 | 240 | 275.00/H | 275.00 |
| 481 | 1 | BBROC-BULL | 653--- | 269 | 1865 | 1865 | 1,750.00/H | 1,750.00 |
| 486 | 1 | RWF-BULL-HORNS | 105-BULL | 270 | 1660 | 1660 | 1,425.00/H | 1,425.00 |
| 478 | 1 | BLK-BULL-THIN | 977--- | 271 | 1330 | 1330 | 975.00/H | 975.00 |
| 477 | 1 | BLK-BULL | 653--- | 272 | 2125 | 2125 | 1,900.00/H | 1,900.00 |
| 489 | 1 | BLK-BULL | 653--- | 273 | 2060 | 2060 | 1,850.00/H | 1,850.00 |
| 488 | 1 | RWF-BULL | 105-BULL | 274 | 1960 | 1960 | 1,725.00/H | 1,725.00 |
| 483 | 1 | BLK-BULL | 105-BULL | 275 | 1725 | 1725 | 1,525.00/H | 1,525.00 |
| 484 | 1 | BLK-BULL | 105-BULL | 276 | 1820 | 1820 | 1,550.00/H | 1,550.00 |
| 482 | 1 | BLK-BULL-LAME | 105-BULL | 277 | 1890 | 1890 | 85.00/C | 1,606.50 |
| 480 | 1 | BBROC-BULL | 105-BULL | 278 | 1450 | 1450 | 71.00/C | 1,029.50 |
| 479 | 1 | BLK-BULL | 99-BULX | 279 | 1425 | 1425 | 950.00/H | 950.00 |
| 487 | 1 | BLK-BULL | 105-BULL | 280 | 1690 | 1690 | 73.00/C | 1,233.70 |
| 272 | 1 | BLK-STR | 516--- | 261 | 165 | 165 | 250.00/H | 250.00 |

---

Central Oregon Livestock Auction, Inc.
(541) 475-3851
PO Box 29
Madras, Oregon 97741


ColumbiaBank
COLUMBIA STATE BANK

34-827/1251

46822

05/21 20 19

PAY **********0Dollars and 00/100             DOLLARS $ **********0.00
TO THE
ORDER
OF
        * VOID * VOID * VOID * VOID *
        * VOID * VOID * VOID * VOID *
        * VOID * VOID * VOID * VOID *             **NON-NEGOTIABLE**
        * VOID * VOID * VOID * VOID *

CENTRAL OREGON LIVESTOCK AUCTION, INC.
CUSTODIAL ACCOUNT

Exhibit A
Case 18-34244-pcm11    Doc 205    Filed 05/23/19

# Central Oregon Livestock Auction, Inc.

PO Box 29 • Madras, Oregon 97741
Phone (541) 475-3851
Fax (541) 475-3852

Sale Date: 05/21/19

Page: 7
Check #: 46823

**UNDER FEDERAL SUPERVISION**
**WE DO NOT GUARANTEE LIVESTOCK AGAINST SICKNESS**
(Title to livestock is not transferred until all checks and drafts are cleared)

46823

RADABAUGH, CHRISTIAN
PO BOX 1229
PRINEVILLE    OR    97754

15334 NE ONEIL HWY

ID Number: 3664   Group:1

| TAG | HDCNT | DESCRIPTION | BUYER | TRAN | A.LBS | TOT LBS | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 485 | 1 | BLK-BULL | 99-BULL | 281 | 1800 | 1800 | 87.00/C | 1,566.00 |
| 048 | 1 | BLK-BCOW | 991--- | 301 | 1155 | 1155 | 800.00/H | 800.00 |
| 6MO | | | | | | | | |
| P3 | 5 | BLK MIX-STR | 399--- | 308 | 492 | 2460 | 157.00/C | 3,862.20 |
| 511 | 3 | BLK-STR | 33-STRS | 309 | 412 | 1235 | 163.00/C | 2,013.05 |
| Tags: 512  513 | | | | | | | | |
| P4 | 7 | BLK MIX-STR | 45-5 | 310 | 583 | 4080 | 139.50/C | 5,691.60 |
| BANDED | | | | | | | | |
| P5 | 9 | BLK-HFR | 756-16 | 311 | 473 | 4260 | 148.00/C | 6,304.80 |
| 518 | 2 | BLK MIX-HFR-VACC | 974-HFRS | 312 | 648 | 1295 | 136.00/C | 1,761.20 |
| Tags: 519 | | | | | | | | |
| 514 | 4 | MIX-HFR-VACC | 33-HFRS | 313 | 383 | 1530 | 143.00/C | 2,187.90 |
| Tags: 515  516  517 | | | | | | | | |
| 535 | 1 | BLK-HFR-VACC | 937-60 | 352 | 555 | 555 | 136.00/C | 754.80 |
| 521 | 1 | BBROC-HFR | 99-23 | 359 | 725 | 725 | 125.00/C | 906.25 |
| 520 | 1 | BLK-STR-EYE | 945--- | 364 | 280 | 280 | 300.00/H | 300.00 |
| YESHD | | | | | | | | |

443/335                                    1281   567285

VET INSPECTION                             116.70
FEED                                     1,762.00

---

## Central Oregon Livestock Auction, Inc.

(541) 475-3851
PO Box 29
Madras, Oregon 97741


ColumbiaBank
COLUMBIA STATE BANK

34-827/1251

46823

05/21 20 19

PAY **********0Dollars and 00/100    DOLLARS $ **********0.00
TO THE
ORDER
OF

* VOID * VOID * VOID * VOID *
* VOID * VOID * VOID * VOID *
* VOID * VOID * VOID * VOID *
* VOID * VOID * VOID * VOID *

**NON-NEGOTIABLE**

CENTRAL OREGON LIVESTOCK AUCTION, INC.
CUSTODIAL ACCOUNT

Exhibit A
Case 18-34244-pcm11    Doc 205    Filed 05/23/19

# Central Oregon Livestock Auction, Inc.

PO Box 29 • Madras, Oregon 97741
Phone (541) 475-3851
Fax (541) 475-3852

Sale Date: 05/21/19

Page: 8
Check #: 46824

**UNDER FEDERAL SUPERVISION**
**WE DO NOT GUARANTEE LIVESTOCK AGAINST SICKNESS**
(Title to livestock is not transferred until all checks and drafts are cleared)

46824

RADABAUGH, CHRISTIAN          ID Number: 3664    Group:1
PO BOX 1229                   15334 NE ONEIL HWY
PRINEVILLE    OR   97754

```
TAG  HDCNT  DESCRIPTION         BUYER      TRAN A.LBS TOT LBS    PRICE        AMOUNT
                                            INSURANCE                          548.92
                                            BRAND INSPECTION                 1,945.00
                                            YARDAGE                            778.00
                                            VET CHARGE                         592.00
                                            COMMISSION                      20,681.62
                                            FREIGHT                          1,250.00
                                            ========================================
                                            Total Fees                      27,674.24
 Buyer 99 Indicates Purchases by COLA       Total Amount                  $658,462.94
```

---

## Central Oregon Livestock Auction, Inc.

(541) 475-3851
PO Box 29
Madras, Oregon 97741

ColumbiaBank
COLUMBIA STATE BANK
34-827/1251

46824

05/21 20 19

PAY *****658,462Dollars and 94/100                                 DOLLARS $ *****658,462.94
TO THE
ORDER
OF
    SUSSMAN SHANK LLP LAWYER TRUST

**NON-NEGOTIABLE**

CENTRAL OREGON LIVESTOCK AUCTION, INC.
**CUSTODIAL ACCOUNT**

Exhibit A
Case 18-34244-pcm11    Doc 205    Filed 05/23/19