**1:00 PM 18-34244 pcm 11  bk**  **Christian S. Radabaugh, Sr.**

**Continued Hearing on Motion For Authority to Obtain Credit. Filed by Debtor Christian S. Radabaugh Sr. (HENDERSON, NICHOLAS) (237)**

Christian S. Radabaugh - db        TROY SEXTON

GP LLC - cr                        HOWARD M LEVINE

 (see attached sign-in sheet)

Evidentiary Hearing:        Yes: ☐        No: ☐

Financing is approved for the reasons stated on the record. Order shall state:

1: old biomass to be segregated;
2: debtor not authorized to use cash collateral of GP LLC;
3: lender's claim against the estate limited to 100k;
4: lender's administrative claim not entitled to priority under 364(c)(1)

Mr. Henderson to prepare the order.

Order to be prepared by: ☐ Clerk's Office   ☐ Chambers   ☐  _____

DOCKET ENTRY:

Run Date:        07/01/19

In Re:                              )          Case # 18 - 34244-pcm11

Christian Radabaugh )

Debtor                              )

# List of Persons Attending

Hearing date  7-1-19

PRINT YOUR NAME

PRINT NAME OF BUSINESS OR
PERSON YOU REPRESENT

| | |
|---|---|
| HOWARD LOVIN | GPLCC |
| Nick Henderson | Debtor |
| Troy Sexton | Debtor |
| Kenneth Childs | US Natl Bank Assn |
| Christian Radabaugh | Debtor |
| Rich Priday | GP LLC |

phone