| | | |
|---|---|---|
| 07/31/2019 | **WEDNESDAY** | Judge Peter C McKittrick |
| 1:30 PM 18-34244 pcm 11 bk | **Christian S. Radabaugh, Sr.** | |
| | **Ch 11 Disclosure Statement Hearing (224)** | |
| | Christian S. Radabaugh - db | NICHOLAS J HENDERSON |
| | | Kenneth Childs - US Bank, Trustee/Zions |
| | | Jonas Anderson - UST |
| | | Howard Levine - GP, LLC |

Evidentiary Hearing:   Yes: ☐   No: ☒

Mr. Henderson to make changes as agreed on the record.

Amended Disclosure Statement to be circulated by August 12. Comments to Amended Disclosure Statement to be provided to Mr. Henderson by August 21. Upload Amended Disclosure Statement by August 23, indicating whether there are outstanding objections.

Continued Hearing if needed August 29, @ 11:00 Ctrm 1.

Order to be prepared by: ☐ Clerk's Office   ☐ Chambers   ☐

DOCKET ENTRY: