1  Howard M. Levine, OSB No. 800730
   SUSSMAN SHANK LLP
2  1000 SW Broadway, Suite 1400
   Portland, OR 97205-3089
3  Telephone: (503) 227-1111
   Facsimile: (503) 248-0130
4  E-Mail: hlevine@sussmanshank.com

5  Attorneys for GP LLC

6

7
                    IN THE UNITED STATES BANKRUPTCY COURT
8
                              DISTRICT OF OREGON
9

   In re                              )    Case No. 18-34244-pcm11
10                                     )
   Christian S. Radabaugh, Sr.,        )        [CORRECTED]
11                                     )    GP LLC's AMENDED SECOND MOTION
                Debtor-in-Possession.  )    TO DISMISS CHAPTER 11 CASE
12                                     )
                                       )    Hearing: November 21, 2019 at 9:30 a.m.
13                                     )
                                       )
14 _____)

15          <u>**Certification Of Compliance With LBR 7007-1(a)(1)(A)**</u>

16         Counsel to Plaintiff conferred in good faith with counsel for Debtor, Nicholas Henderson,

17 to resolve this matter, but the parties were unable to do so.

18                                   **MOTION**

19         GP LLC ("GP") moves to dismiss this Chapter 11 case (the "Motion") with prejudice.  In

20 support of this Motion, GP respectfully represents as follows:

21         1.      The Debtor filed its Chapter 11 case on December 7, 2018 (the "Petition Date").

22         2.      Cause exists under 11 USC § 1112(b) to dismiss this case because, among other

23 things:

24                 a.      The Debtor has engaged in gross mismanagement of the estate in violation

25 of 11 USC § 1112(b)(4)(B). The record in this case demonstrates, and additional evidence that

26 will be adduced at the November 21, 2019 hearing on this motion will prove, that the Debtor

Page 1 of 3 – GP LLC'S [CORRECTED] AMENDED SECOND MOTION TO DISMISS
CHAPTER 11 CASE

Case 18-34244-pcm11    Doc 304    Filed 11/15/19

1    grossly mismanaged the estate by, among other things, repeatedly breaching his fiduciary duties,

2    filing false schedules, false statement of financial affairs, and false monthly operating reports,

3    and disregarding his debtor-in-possession fiduciary obligation to creditors and the Court;

4               b.     The Debtor failed to comply with Court orders in violation of

5    § 1112(b)(4)(E), including violating the Stipulated Restraining Order (the "Restraining Order")

6    [Dkt. No. 151];

7               c.     The Debtor, in violation of § 1112(b)(4)(F) and (H), failed to timely

8    provide the Court and his creditors with accurate information about his assets, and failed to

9    initially file accurate bankruptcy schedules and the Statement of Financial Affairs. The Debtor

10    had to amend them twice to reveal previously undisclosed assets in response to questions by the

11    undersigned and the Office of the United States Trustee at the initial and the adjourned 341(a)

12    meeting;

13               d.     The Debtor's Plan of Liquidation Dated November 5, 2019 (the "Plan") is

14    not confirmable; and

15               e.     As argued by the Office of the U.S. Trustee in the U.S Trustee's First

16    Amended Objection to Confirmation [Dkt. No. 280], the Debtor has no further need to confirm

17    the Plan. The Debtor has stated in his Disclosure Statement that he filed this case "to prevent the

18    repossession and sale of valuable cattle" and "[t]he Debtor has now sold all of his cattle." "No

19    cattle remain."  (Dkt. No. 260, p. 5).  Accordingly, the Debtor's purpose in seeking bankruptcy

20    relief is now resolved and there is no reason for the Debtor to remain protected by Chapter 11.

21        3.     The evidence already presented in this case, plus the additional evidence GP will

22    present at the hearing, justifies dismissal of this case with prejudice, barring the Debtor from

23    seeking or benefiting from relief under Title 11 for at least one year.  Among other things, the

24    Debtor's failure to make complete disclosures in his schedules and statement of financial affairs,

25    his inaccurate Rule 2015 Operating Reports, and his other failures to comply with the

26    Bankruptcy Code, justify a refiling bar.  See *In re Fitt, LLC* (Bankr. D. Or. April 30, 2018; Letter

Page 2 of 3 –GP LLC'S [CORRECTED] AMENDED SECOND MOTION TO DISMISS
CHAPTER 11 CASE

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 LEACSIMILE (503) 248-0130

Case 18-34244-pcm11    Doc 304    Filed 11/15/19

1  Opinion by Judge Trish Brown).

2      For the reasons set forth above and to be proven at a hearing, the Court should dismiss

3  this case with prejudice and impose a minimum one-year bar on refiling.

4                          SUSSMAN SHANK LLP

5                          */s/ Howard M. Levine*
                        By _____
6                          Howard M. Levine, OSB No. 800730
                           Attorneys for GP LLC
7

8

9  *24987-001\[CORRECTED] SECOND AMENDED MOTION TO DISMISS (FILED W/COURT ON 111519) (03316649);1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 3 of 3 –GP LLC'S [CORRECTED] AMENDED SECOND MOTION TO DISMISS
CHAPTER 11 CASE

<u>CERTIFICATE OF SERVICE</u>

I, Janine E. Hume declare as follows:

I am employed in the County of Multnomah, state of Oregon; I am over the age of eighteen years and am not a party to this action; my business address is 1000 S.W. Broadway, Suite 1400, Portland, Oregon 97205-3089, in said county and state.

I certify that on November 15, 2019, I served, **via first class mail**, a full and correct copy of the foregoing **[CORRECTED] GP LLC's AMENDED SECOND MOTION TO DISMISS CHAPTER 11 CASE** to the parties of record, addressed as follows:

Central Oregon Livestock Auction
3457 S.W. Hwy. 97
PO Box 29
Madras, OR 97741

ODR Bkcy
955 Center St., NE
Salem, OR 97301-2555

I also certify that on November 15, 2019, I served the above-referenced document(s) on all ECF participants as indicated on the Court's Cm/ECF system.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 15, 2019.


*/s/ Janine E. Hume*
_____
Janine E. Hume, Legal Assistant

CERTIFICATE OF SERVICE - Page 1